

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                    01-13-00573-CV

Style:                           Steve McCraw

                                 **v.** Ricardo Valdez Gomez, Jr.

Date motion filed*:              March 10, 2014

Type of motion:                  Unopposed Motion for Second Extension of Time to File Brief of Appellee

Party filing motion:             Appellee

Document to be filed:            Appellee's brief

Is appeal accelerated?      No

If motion to extend time:

    Original due date:                      October 28. 2013

    Number of previous extensions granted:                    1          Current Due date:  March 6, 2014

    Date Requested:                         March 13, 2014

Ordered that motion is:

    ☑      Granted

         If document is to be filed, document due:  **Wednesday, April 2, 2014**

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐      Other: _____

_____
_____
_____
_____

Judge's signature:    /s/ Justice Jim Sharp
              ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  March 11, 2014

November 7, 2008 Revision